No. 394, Misc. KYLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Satter* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 395, Misc. GARDNER *v.* BANNAN, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 396, Misc. NEAL *v.* UFFELMAN, SUPERINTENDENT, ILLINOIS SECURITY HOSPITAL. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 398, Misc. WILSON *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 459, Misc. BRUNER *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 84, Misc. BURMAN *v.* FLORIDA ET AL. Petition for writ of certiorari to the Supreme Court of Florida denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Edward S. Jaffry,* Assistant Attorney General, for respondents.

No. 355, Misc. JACKSON *v.* ALVIS, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 13. FEDERAL HOUSING ADMINISTRATION *v.* THE DARLINGTON, INC., *ante,* p. 84. Rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.